UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

THOMAS LAWSON,

                                                                 **NOTICE OF APPEARANCE**

                               Plaintiff,

                                                              07-CV-11592 (HB)

                 -against-

THE CITY OF NEW YORK, COMMISSIONER
RAYMOND W. KELLY; P.O. JOSE PERALTA, Shield #
12313, TAX ID # 922956; and P.O. JOHN DOE # 1; the
individual defendants sued individually and in their official
capacities,

                                               Defendants.

------------------------------------------------------------------- x

       **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendants City of New York and Commissioner Raymond W. Kelly and requests that all future papers in this action be served upon the undersigned at the address stated below.

Dated:        New York, New York
                January 15, 2008

                                                MICHAEL A. CARDOZO
                                                Corporation Counsel of the
                                                  City of New York
                                                *Attorney for Defendants*
                                                100 Church Street
                                                New York, New York 10007
                                                (212) 442-8248

                                     By:            /s/
                                                          MARK D. ZUCKERMAN

TO:    MICHAEL O. HUESTON, ESQ.
         *Attorney for Plaintiff*
         350 Fifth Avenue, Ste. 4810
         New York, New York 10118
         (212) 643-2900