MICHAEL HUESTON
ATTORNEY AT LAW

350 FIFTH AVENUE, SUITE 4810  Tel: (212) 643-2900
EMPIRE STATE BUILDING  Fax: (212) 643-2901
NEW YORK, NEW YORK 10118  Email: mhueston@nyc.rr.com

ADMITTED IN NY

April 14, 2008

RECEIVED
APR 15 2008
U.S. DISTRICT JUDGE
S.D.N.Y.

BY HAND
The Honorable Harold Baer
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Lawson v. City of New York, et al., 07 CV 11592 (HB) (THK)

Your Honor:

    I represent the plaintiff in the above referenced case.

    On behalf of the parties, I write to request that the Court refer this matter to the Magistrate Judge assigned to this case for a settlement conference.

Respectfully submitted,

Michael O. Hueston (MH 0931)

Cc: Mark Zuckerman, Esq. (by facsimile)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/08

[Handwritten note from Judge:] I have forwarded to all, in form, to the magistrate judge for a settlement conference — keep in mind as the order says — that whatever is done is done w/m that PTSO framework — I if you don't hear send date — Magistrate judge by Monday

SO ORDERED:
Harold Baer, Jr., U.S.D.J.
Date: 4/17/08

Endorsement:

    I have forwarded to all, a form to the Magistrate Judge for a settlement conference - keep in mind as the order says that whatever is done is done within the PTSO frame and if you don't hear by Monday, call Magistrate Judge for a date.