----------------------------------------X
Thomas Lawson,
    Plaintiff,
        -against-
The City of New York, et al.,
    Defendants.
----------------------------------------X

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 Civ. 11592 (HB) (TK)

Magistrate Judge
Theodore H. Katz

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*
_____
_____

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

✓ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

_____

All such motions: ___

✴ **Matter is to be resolved in concert with the Pretrial Scheduling Order attached.** ✴

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
          4/18/08

_____
United States District Judge

Revised: 8/29/05