MICHAEL HUESTON
ATTORNEY AT LAW

350 FIFTH AVENUE, SUITE 4810  Tel: (212) 643-2900
EMPIRE STATE BUILDING  Fax: (212) 643-2901
NEW YORK, NEW YORK 10118  Email: mhueston@nyc.rr.com

ADMITTED NY

July 3, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-7-08
```

BY HAND
The Honorable Harold Baer
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Lawson v. City of New York, et al., 07 CV 11592 (HB) (THK)

Your Honor:

I represent the plaintiff in the above referenced case.

On behalf of the parties, I write to request an adjournment of the discovery deadline from July 25, 2008 to September 5, 2008. Defense counsel joins this application. This is the parties' first request for an adjournment of the discovery deadline. This request is necessary because on June 22, 2008 defendants provided defendants with a proposed first amended complaint, which must be agreed to, filed, and served for plaintiff to proceed against the remaining John Doe defendant. Furthermore, this extension will provide the parties with time to complete the depositions of several out of state non-party witnesses. In addition, the parties would request that the schedule for the dispositive motion return date be extended from September 26, 2008 to October 17, 2008. These extensions will not affect the remaining schedule, including the trial ready date.

*The extensions requested herein are granted. The January 2009 trial month does not change.*

SO ORDERED:
[signature]
Harold Baer, Jr., U.S.D.J.
Date: July 7, 2008

Respectfully submitted,
[signature]
Michael O. Hueston (MH 0931)

Cc: A.C.C. Mark Zuckerman (By Facsimile)