UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

THOMAS LAWSON,

                                                                  Plaintiff,      **STIPULATION AND ORDER TO AMEND THE COMPLAINT**

-against-

THE CITY OF NEW YORK; COMMISSIONER    07 CV 11592 (HB) (THK)
RAYMOND W. KELLY; P.O. JOSE PERALTA, Shield #
12313, TAX ID # 922956; and P.O. JOHN DOE # 1; the    ECF Case
individual defendants sued individually and in their official
capacities,

                                                        Defendants.

------------------------------------------------------------------X

HAROLD BAER
UNITED STATES DISTRICT JUDGE

       WHEREAS, plaintiff commenced this action by filing a complaint in this matter; and

       WHEREAS, plaintiff, pursuant to Fed. R. Civ. P. 15(a), seeks leave to amend the complaint; and

       WHEREAS, upon reviewing the proposed first amended complaint, defendants consents to allow plaintiff to amend his complaint to substitute the John Doe defendants;

       WHEREAS, by consenting to allow plaintiff to file and serve an amended complaint, defendants do not waive any of their affirmative defenses, including but not limited to, the statute of limitations defense;

WHEREAS, the parties have agreed that the defendants shall answer the first amended complaint within thirty days of being served with the first amended complaint;

IT IS HEREBY STIPLUATED AND AGREED, that the complaint shall be amended as set forth in the proposed first amended complaint.

DATED: New York, New York
Aug 5, 2008

    MICHAEL HUESTON, ESQ.
    *Attorney for Plaintiff*
    350 Fifth Avenue, Suite 4810
    New York, New York 10118
    (212) 643-2900
    mhueston@nyc.rr.com
    By:

    _____
    MICHAEL O. HUESTON (MH-0931)

    MICHAEL A. CARDOZO
    Corporation Counsel for
    the City of New York
    *Attorney for Defendants*
    100 Church Street
    New York, New York 10007
    (212) 788-8084
    By:

    _____
    MARK D. ZUCKERMAN (MZ-     )

SO ORDERED:

_____
HON. HAROLD BAER
U.S.D.J.

2